| Travis A. Gagnier | Honorable Timothy W. Dore |
|---|---|
| Attorney at Law | CHAPTER 13 |
| 33507 Ninth Avenue South, Bldg. F | Hearing Date: October 5, 2016 |
| P.O. Box 3949 | Hearing Time: 9:30 a.m. |
| Federal Way, WA 98063-3949 | Response Date: September 28, 2016 |
| (253) 941-0234 Fax: 941-0476 | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| IN RE: | No. 15-13150 |
|---|---|
| **TOWNSEND, Mary Elizabeth,** | **DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS and PROOF OF SERVICE** |
| Debtor. | |

COMES NOW, the Debtor, by and through her attorney, Travis A. Gagnier, and responds to the Trustee's Motion to Dismiss.

Debtor fell behind on her plan payments. Debtor remitted a payment of $1,600.00, which was posted by the Chapter 13 Trustee on or about September 26, 2016. Furthermore, Debtors intends to maintain her plan payments in an effort to successfully complete her Chapter 13 Plan.

For this reason the debtor asks that the motion to dismiss be denied, or in the alternative, an agreed order entered into for ongoing payments effective October 2016.

Respectfully submitted this 27th day of September 2016.

/s/ Travis A. Gagnier
Travis A. Gagnier, #26379
Attorney for Debtor

RESPONSE TO MOTION TO DISMISS- 1

TRAVIS A. GAGNIER
ATTORNEY AT LAW
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 Fax 941-0476

Case 15-13150-TWD    Doc 44    Filed 09/28/16    Ent. 09/28/16 08:04:29    Pg. 1 of 2

I declare under penalty of perjury under the laws of the State of Washington that I filed the original of the foregoing with the United States Bankruptcy Court in Seattle and served a true copy thereof to:

| | | |
|---|---|---|
| K. Michael Fitzgerald<br>Chapter 13 Trustee | Honorable Timothy W. Dore | US Trustee |

via ECF, and to:

    Debtor

via U.S. first-class mail, postage pre-paid, on the 28th day of September 2016.

                                          /s/ Shari L. Moody
                                          Shari L. Moody
                                          Assistant to Travis A. Gagnier

RESPONSE TO MOTION TO DISMISS- 2

TRAVIS A. GAGNIER
ATTORNEY AT LAW
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 Fax 941-0476